■ MILFORD C. DRAKE et al., Appellants, v DALE F. FOX et al., Respondents. [823 NYS2d 743]—Appeal from an order of the Supreme Court, Cattaraugus County (Larry M. Himelein, A.J.), entered August 15, 2005. The order, insofar as appealed from, denied plaintiffs' motion for partial summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, A.P.J., Scudder, Gorski, Centra and Green, JJ.